# Third District Court of Appeal

## State of Florida

Opinion filed November 5, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-722
Lower Tribunal No. 12-40331
_____

**Giannina Giusti and Justin Lewis,**
Appellants,

vs.

**Wyndham Hotels and Resorts, LLC, etc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Rosa I. Rodriguez, Judge.

Wadsworth Huott and Christopher W. Wadsworth and Isha Kochhar and Raymond R. Dieppa, for appellants.

Cole, Scott & Kissane and Scott A. Cole and Kathryn L. Smith; Foley & Lardner and Mary L. Smith, for appellee.

Before SHEPHERD, C.J., and SUAREZ and ROTHENBERG, JJ.

PER CURIAM.

Based on the facts of this case, we find that the trial court did not abuse its

discretion in denying the Motion to Continue nor in granting the Motion for Summary Judgment.

Affirmed.